## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA, YUMA DIVISION

United States of America                                    CASE: 18-62320MP

vs.

Ravinder Singh

### JUDGMENT IN A CRIMINAL CASE (For A Petty Offense)

The Defendant, Ravinder Singh, was represented by counsel, Jared Heath Eggers (FPD).

The defendant pled guilty to the Complaint on 09/28/2018. Accordingly, the defendant is adjudged guilty of the following offense(s):

| Title & Section | Nature of Offense | Date of Offense |
|---|---|---|
| 8 U.S.C. 1325(a)(1) | Illegal Entry | 09/26/2018 |

As pronounced on 09/28/2018, the defendant is hereby committed to the custody of the United States Bureau of Prisons for a term of TIME SERVED. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

The special assessment imposed pursuant to 18 U.S.C. § 3013 is hereby remitted pursuant to 18 U.S.C. § 3573 because reasonable efforts to collect this assessment are not likely to be effective.

The fine is waived because of the defendant's inability to pay.

Signed on Friday, September 28, 2018.

James F. Metcalf
United States Magistrate Judge

Arresting Agency: YUM
FBI Number: 8WPVCVJW3

**UNITED STATES DISTRICT COURT**            **MAGISTRATE JUDGE'S MINUTES**
**DISTRICT OF ARIZONA - YUMA**

Date: 09/28/2018            Case Number: 18-62320MP

USA vs. **Ravinder Singh**
U.S. MAGISTRATE JUDGE: JAMES F. METCALF        Judge AO Code: 70BV
ASSIGNED U.S. Attorney: Joshua Kolsrud
INTERPRETER REQ'D: Varuna Tejwani, Punjabi
Attorney for Defendant: Jared Heath Eggers (FPD)

PROCEEDINGS: [X] INITIAL APPEARANCE/CHANGE OF PLEA/SENTENCE
DEFENDANT: [X] PRESENT [X] CUSTODY

[X] Defendant states true name to be **Same**
[X] Petty Offense      [X] Date of Arrest: **09/26/2018**
[X] Arr/Plea of Guilty entered as to the Complaint.
[X] Court accepts defendant's plea and finds plea to be freely and voluntarily given.
[X] Defendant waives preparation of the presentence report.

SENTENCING: Defendant committed to [X] Bureau of Prisons for a period of
**TIME SERVED**

[X] Imposition of Special Assessment is waived by the USA.
[X] Defendant advised of appeal rights.

OTHER:      Jared Heath Eggers (FPD) is appointed as attorney of record for defendant.


Recorded by Courtsmart    COP: 5
BY: Jocelyn Arviso        Sent: 0
        Deputy Clerk        IA: 0

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

United States of America

vs.

Ravinder Singh

YOB: 1999

CRIMINAL COMPLAINT
CASE: 18-62320MP
Citizenship: INDIA

DOA: 09/26/2018

    I state that I am a Border Patrol Agent and that this complaint is based on the following facts:
That on or about September 26, 2018, near San Luis, Arizona in the District of Arizona, Defendant Ravinder
SINGH, an alien, did knowingly and willfully enter the United States at a time or place other than as
designated by Immigration Officers of the United States of America, in violation of Title 8, United States
Code, Section 1325(a)(1) (Misdemeanor).

    The Defendant, a citizen of India and illegally within the United States, was encountered by Border Patrol
agents near San Luis, Arizona. The Defendant was questioned as to their citizenship and immigration status.
Agents determined that the Defendant is an undocumented National of India and illegally in the United States.
The Defendant was transported to the Border Patrol station for processing. During processing, questioning
and computer records checks the above criminal and immigration information was obtained as it relates to
this Defendant. The Defendant last entered the United States illegally without inspection near San Luis,
Arizona on September 26, 2018.

File Date: 09/28/2018                              at Yuma, Arizona

                                                  Carlos D Ramolete, Border Patrol Agent

Sworn to before me and subscribed in my presence,

Date signed: 09/28/2018

                                                  **James F. Metcalf**
                                                  **United States Magistrate Judge**

FBI Number: 8WPVCVJW3

Magistrate Information Sheet

Complaint: Ravinder Singh

Criminal History: NONE

Immigration History: NONE